UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Kurt Hartshorn<br><br>        Plaintiff,<br><br>v.<br><br>Andrew Saul, Commissioner of Social Security,<br><br>        Defendant.<br>_____/ | Case No. 19-cv-13303<br><br>Paul D. Borman<br>United States District Judge<br><br>R. Steven Whalen<br>United States Magistrate Judge |

**OPINION AND ORDER
(1) ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION (ECF No. 16), (2) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF No. 15), (3) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
(ECF No. 14), AND AFFIRMING THE FINDINGS OF THE COMMISSIONER**

On March 2, 2021, Magistrate Judge R. Steven Whalen issued a Report and Recommendation (ECF No. 16) addressing the cross-motions for Summary Judgment filed in this matter (ECF Nos. 14, 15). In the Report and Recommendation, Magistrate Judge Whalen recommends the Commissioner's Motion (ECF No. 15) be granted and Hartshorn's Motion (ECF No. 14) be denied, and pursuant to 42 U.S.C. § 405(g), the ALJ's decision be affirmed.

Having conducted a review of the Magistrate Judge's Report and Recommendation and there being no timely objections under 28 U.S.C. § 636(b)(1)

1

and E.D. Mich. L.R. 72.1(b), this Court ADOPTS the Report and Recommendation of Magistrate Judge Whalen that GRANTS the Commissioner's Motion, DENIES Hartshorn's motion and AFFIRMS the decision of the Commissioner.

SO ORDERED.

Dated: March 25, 2021

s/Paul D. Borman
Paul D. Borman
United States District Judge